✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MA _____

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| DIOVANNI CARTER | | | | | Case Number: 19-10104-ADB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Wortmann, Mallard | Sultan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/22/2019 | 2:00 PM | Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | Christopher Kefalas |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 4/22/19 | | X | CD containing video |
| 2 | | 4/22/19 | | X | Photos, 2 people entering store |
| 3 | | 4/22/19 | | X | ShotSpotter detailed Forensic Report Certification |
| 4 | | 4/22/19 | | X | Google Map annotated |
| 5 | | 4/22/19 | | X | Photos-White Chevy Malibu |
| 6 | | 4/22/19 | | X | Photos-While gloves with black markings |
| 7 | | 4/22/19 | | X | Hertz rental agreement |
| 8 | | 4/22/19 | | X | Hertz business records |
| 9 | | 4/22/19 | | X | Inventory list of stolen items |
| 10 | | 4/22/19 | | X | Photos of Darius Carter |
| 11 | | 4/22/19 | | X | Photos Side by side of Darius Carter |
| 12 | | 4/22/19 | | X | Photos of 2 firearms found under a rock |
| 13 | | 4/22/19 | | X | Photo of firearm recovered on Litchfield |
| 14 | | 4/22/19 | | X | Firearms Identification Section Report |
| 15 | | 4/22/19 | | X | Express Employment Records |
| 16 | | 4/22/19 | | X | Map Legend, Report SA Burke |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | DIOVANNI CARTER | CASE NO. 19-10104-ADB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 4/22/19 | | X | Google Subscriber Information |
| 18 | | 4/22/19 | | X | Google Account, Search History |
| 20 | | 4/22/19 | | X | Summary of Boston Police Reports |