UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #19-CR-10104-ADB

_____

UNITED STATES

v.

DIOVANNI CARTER

_____

**DEFENDANT'S MOTION FOR
REVOCATION OF DETENTION ORDER**

Diovanni Carter, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to 18 U.S.C. § 3145(b), to revoke the detention order filed by United States Magistrate Judge David H. Hennessey on May 3, 2019.  As grounds therefore, defendant avers that there are conditions or a combination of conditions that will reasonably assure his appearance in Court as required and the safety of any other person in the community.  The grounds for this motion are set forth in a memorandum of law filed separately this date.

Respectfully submitted,

**DIOVANNI CARTER**

By his attorney,

/s/ James L. Sultan
James L. Sultan, BBO #488400
Rankin & Sultan
151 Merrimac Street, 2nd Floor
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2019.

                                                 /s/ James L. Sultan