UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIOVANNI CARTER,<br><br>Defendant | CRIMINAL No. 19-cr-10104-ADB-1 |

## GOVERNMENT'S NOTICE OF EXHIBIT FILING

The government hereby files the Detention Hearing Exhibits, 2-18, and 20, on the electronic docket. Detention Hearing Exhibit 1, a compact disc was filed in hand at the clerk's office.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Philip A. Mallard*
       PHILIP A. MALLARD
       Assistant U.S. Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston MA 02210
       617-748-3674

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Philip A. Mallard*
        PHILIP A. MALLARD
        Assistant U.S. Attorney

Date: October 2, 2019