

Respecting People. Impacting Business.®

100 Grandview Road, Suite 216
Braintree, MA 02184
(781) 848-2324
FAX (781) 848-2328

February 13, 2019

Mr. Philip Mallard
Assistant United States Attorney
U.S. Attorney's Office, District of Massachusetts
John J. Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re: Employment of Diovanni Maurice Carter

Dear Mr. Mallard:

Per your request, I am providing information from our database that reflects phone numbers and the dates they were updated provided by Mr. Carter while he was an associate of ours from the period January 1, 2017 to the present:

Home #: 508-580-8445

Cell # History:

1/21/18 changed to 617-652-1818
4/29/18 changed to 617-682-5418
1/21/19 changed to 617-704-2207

Sincerely,

Monica Horan
Owner

GOVERNMENT EXHIBIT 15

www.expresspros.com

**Express Employment Professionals**

Please print your name and social security number EXACTLY as they appear on your social security card.

| Last Name | First Name | Middle Name | Suffix | Social Security Number | Date |
|---|---|---|---|---|---|
| Carter | Giovanni | Maurice | | 0__-__-5060 | 8-13-15 |

| Address | City | State | Zip | Primary Telephone | Type |
|---|---|---|---|---|---|
| 19 Elmhurst St | Boston | Ma | 02124 | 857-209-____ | ☐ Home ☑ Cell ☐ Message  4-18 |

| Mailing Address (if different) | City | State | Zip | Secondary Telephone | Type |
|---|---|---|---|---|---|
| 19 Elmhurst St | Boston | Ma | 02124 | 508-588-8945 | ☑ Home ☐ Cell ☐ Message |

| Home Email Address | | Work Email Address | |
|---|---|---|---|
| Tineshaun@gmail.com (in Brockton) | | Tineshaun@gmail.com | daily |

**Employment History** — Begin with most recent

**1.**
| From Month/Year | To Month/Year | Company Name — May we contact this company? ☑Yes ☐No | City/State/Zip | Telephone |
|---|---|---|---|---|
| 5/2009 | 6/2010 | Steive | Boston/Ma/02124 | |

| Company Products and Services | Supervisor Name & Title | Starting Job Title | Ending Job Title | Starting Pay | Ending Pay | Time in last position |
|---|---|---|---|---|---|---|
| | | Staff | Staff | $200 week | 550 | |

Duties: data entry & software updating, pending clerical services
Reason for leaving?

**2.**
| From Month/Year | To Month/Year | Company Name — May we contact this company? ☐Yes ☐No | City/State/Zip | Telephone |
|---|---|---|---|---|
| 8/2008 | 5/2009 | South Bay Complex | Boston/Ma/02118 | |

| Company Products and Services | Supervisor Name & Title | Starting Job Title | Ending Job Title | Starting Pay | Ending Pay | Time in last position |
|---|---|---|---|---|---|---|
| | Stephen Pevy | Janitor | Janitor | $6.50 a hour | $10.00 a hour | |

Duties: Upheld cleanliness of facility, painting, lifting, stocking
Reason for leaving? New job

**3.**
| From Month/Year | To Month/Year | Company Name — May we contact this company? ☐Yes ☐No | City/State/Zip | Telephone |
|---|---|---|---|---|
| 2/2004 | 10/2005 | Baker House | Boston/Ma/02124 | |

| Company Products and Services | Supervisor Name & Title | Starting Job Title | Ending Job Title | Starting Pay | Ending Pay | Time in last position |
|---|---|---|---|---|---|---|
| | Eugene Rivers | Counselor | Counselor | 500 | 800 | |

Duties: monitored youth indoor/outdoor, tutored youth, routed calls, messages
Reason for leaving? Moved out of state

**4.**
| From Month/Year | To Month/Year | Company Name — May we contact this company? ☐Yes ☐No | City/State/Zip | Telephone |
|---|---|---|---|---|
| 2010 | Current | Volunteer work | | |

| Company Products and Services | Supervisor Name & Title | Starting Job Title | Ending Job Title | Starting Pay | Ending Pay | Time in last position |
|---|---|---|---|---|---|---|
| | | | | | | |

Duties: coaching at a school
Reason for leaving?

### Education/Training Summary

**High School Graduate?** ☒ Yes ☐ No ☐ G.E.D.

| Undergraduate/Graduate School | From | To | Major Studies/Subject | GPA | Degrees/Certifications | Graduation Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Peer References (other than superiors or friends, for example, co-workers)

| Name | Company of Peer | Position Title | Relationship | Business Telephone | Home Telephone |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### Eligibility

Are you authorized to work in the USA? ☒ Yes ☐ No    Do you have proof with you today? ☐ Yes ☒ No    Are you at least 18 years old? ☒ Yes ☐ No

Complete this section only if it relates to the type(s) of job(s) for which you are applying.

Drivers License — State _____ Class _____    Driving Record (last three (3) years),  # Tickets _____   # Accidents _____

Number _____  Exp. Date _____    Auto Liability Insurance? ☐ Yes ☐ No   Company _____

### APPLICANT AGREEMENT

I understand that the information provided on this application will be used only for consideration of my employment through Express. I affirm that the statements made on this application, including all statements concerning my former employment and education, are true and complete. I authorize Express to investigate any statement contained in any part of this application. I understand that any false statement, omission of fact, or misrepresentation of facts on this application or other forms provided to Express will be grounds for termination.

I hereby authorize Express and each former employer, except as indicated, and any person, firm, corporation, or educational institution given as a reference, to answer all questions that may be asked and to give all information that may be sought concerning me, my work, habits, character, skills, level of education, or actions in any transaction. I understand that meeting Express fidelity bonding criteria is a requirement to be considered for employment with Express Services, Inc.

I understand that completing this form does not constitute an offer of employment or an employment agreement between me and Express.

**Applicant Signature**: [signature]    **Date**: 8-13-15

©Express Services Inc. All rights reserved.    AT06 (09-13)

```
                    Express Services, Inc.                      Page:    1
                    Associate Check History

  Diovanni M.Carter {███-██-5060}  {2555-185414}
  ███ Moraine Street
  ████████████████████            Pay Frq: W         Case: 5060

       DOB: ██████ '89   Exemptions: 03   Active: YES

  TOTALS: GROSS:    60.00  FICA:       4.59  MED:       .00  NET PAY:   55.41
          HOURS:     5.00  OTHER:       .00  CS/GN:     .00  RT/HR:     12.00

  WEEK END   CHECK#     DATE PD    GROSS   HOURS   FICA   OTHER   MED   CS/GN   NET PAY
  02/03/19   30104290   02/08/19   60.00    5.00   4.59     .00   .00     .00     55.41
```

Muh, Jacki M.

From:       Muh, Jacki M.
Sent:       Friday, January 25, 2019 12:11 PM
To:         'diormauricecarter@gmail.com'
Subject:    Work Starting Monday

Importance: High

**Please confirm you have received this information and will be able to start on Monday!!**

Company: SimpliSafe

Location: 100 Messina Drive, Suite E, Braintree, Massachusetts 02184

Contact: Cory Dixon

Start Date: Monday 1/28/19

Start Time: 9am

Training Shift: Monday, 1/28- Friday 2/1

**Once the training shift is over, they will speak with you about your regular shift**

Description: We are looking for multiple warehouse workers in Braintree and Boston!

Tasks include but are not limited to:
Store materials
Pick, pack and scan incoming customer orders
Occasional heavy lifting
Our ideal candidate understands the goal will be to increase productivity and efficiency and most importantly guarantee customer satisfaction, and does require standing for long periods of time. No experience is required, but applicants must be:

Attentive to detail
Reliable
Self-Motivation
Strong communication skills
Exceptional time management skills
Team player, no room for ego

Pay Rate: Hourly, $12/hr. Rate will increase the day you are hired on perm!

1

# Freeman, Ruth K.

**From:** Cory Dixon <cory.dixon@simplisafe.com>
**Sent:** Tuesday, February 05, 2019 11:08 AM
**To:** Horan, Monica M.
**Subject:** Re: Missing hours

==Diovanni Carter- 5 Hours assingment was ended first day==

On Tue, Feb 5, 2019 at 11:50 AM Horan, Monica M. <Monica.Horan@expresspros.com> wrote:

==Diovanni Carter==

Monica Horan

Owner



Express Employment Professionals

100 Grandview Road, Suite 216

Braintree, MA 02184

(781)848-2324

(781)848-2328 (fax)

(781)696-3996 (cell)

  

*Massachusetts SDO certified WBE and DBE*

1

Diovanni Maurice Carter

**CONTACT RECORDS**

| | | |
|---|---|---|
| Date/Time: | 02/07/2019 | Documented by: JMMuh |
| Action: | Available | |
| Comment: | Mistake! See memo | |
| Company name/Dept: | | |
| Company rep: | | |
| Job Order #: | | Job Title: |

| | | |
|---|---|---|
| Date/Time: | 01/28/2019 | Documented by: JMMuh |
| Action: | Follow-up call | |
| Comment: | Ending assignment today. has a lot going on in his life right now and cant work. Will call when he is ready to work again | |
| Company name/Dept: | | |
| Company rep: | | |
| Job Order #: | | Job Title: |

| | | |
|---|---|---|
| Date/Time: | 01/25/2019 | Documented by: JMMuh |
| Action: | E-mail | |
| Comment: | Yes I've received your email and I will be there monday | |
| Company name/Dept: | | |
| Company rep: | | |
| Job Order #: | | Job Title: |

| | | |
|---|---|---|
| Date/Time: | 01/25/2019 | Documented by: JMMuh |
| Action: | E-mail | |
| Comment: | **Please confirm you have received this information and will be able to start on Monday!!** Company: SimpliSafeLocation: 100 Messina Drive, Suite E, Braintree, Massachusetts 02184Contact: Cory Dixon Start Date: Monday 1/28/19Start Time: 9am Training Shift: Monday, 1/28- Friday 2/1**Once the training shift is over, they will speak with you about your regular shift** Description: We are looking for multiple warehouse workers in Braintree and Boston!Tasks Include but are not limited to:Store materialsPick, pack and scan incoming customer ordersOccasional heavy liftingOur ideal candidate understands the goal will be to increase productivity and efficiency and most importantly guarantee customer satisfaction, and does require standing for long periods of time. No experience is required, but applicants must be: Attentive to detailReliableSelf-MotivationStrong communication skillsExceptional time management skillsTeam player; no room for egoPay Rate: Hourly, $12/hr. Rate will increase the day you are hired on perm | |
| Company name/Dept: | | |
| Company rep: | | |
| Job Order #: | | Job Title: |

| | | |
|---|---|---|
| Date/Time: | 01/25/2019 | Documented by: jmmuh |

Action: Available
Comment:
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 01/25/2019            Documented by: JMMuh
Action: Follow-up call
Comment: Interested in Simpli- can start Monday
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 01/21/2019            Documented by: MMGiusti
Action: Available
Comment: checking in for work, updated #
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 11/26/2018            Documented by: JMMuh
Action: Left message
Comment: LM following up on his call with Maggie
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 11/26/2018            Documented by: MMGiusti
Action: Available
Comment: has car to get to work, open to anything...has been working since 2016 - state garden (machine work, processing food) stopped working there 2 months ago after 8 months, just had a baby
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 11/05/2018            Documented by: JMMuh
Action: Follow-up call
Comment: looking for work- offered simplisafe and asked when he could start but then mentioned that he really only needs a letter stating that he is working for his parole officer but said that we can not provide that since he hasnt worked with us since 2016.
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 07/24/2018            Documented by: JMMuh
Action: Follow-up call
Comment: looking for letter for food stamps. Will bring in form today
Company name/Dept:
Company rep:
Job Order #:                              Job Title:

Date/Time: 01/17/2018            Documented by: JMMuh
Action: Follow-up call

Comment: Twin brother died recently and really messed him up. Really looking to get back into work to get his mind off of everything. Would like 3rd shift, anything overnight. Will update resume and send it. Still has own car. Labor or warehouse best