Dear Judge Burroughs

My name is Shaatrona Sims. I currently live in Brockton with my children. I am 30 years old. I work for DMH(Department of Mental Health) at 12 Prescott St in Arlington as an overnight group caretaker and part time at Neiman Marcus in Copley Place. I have two amazing kids with Diovanni Carter, Diovanni Carter Jr. age 10, and Dior Carter, age 1. Diovanni is my Fiancé. I have known Diovanni for a total of 17 years, and I have been with him for the last 15 Years.

Diovanni has played a major role in our oldest son Diovanni Jr's life. They have a very close bond. When it comes to the kids I have with Diovanni, he has always been a provider, no questions asked. We had little Diovanni when were young kids ourselves, only nineteen, but Diovanni has always been there for his family.

Although Diovanni has had a very difficult and traumatic life, he has always been willing to give the shirt off his back if needed to help the next person. Me and Diovannni have a very close relationship. He is my best friend and it's very difficult being away from him emotionally and physically. When Diovanni was home he helped out a lot with the kids and helped pay our living expenses. I have no help now and it's a very difficult time for me and my kids with him gone.

Diovanni had a very rough upbringing and sometimes I ask myself how he manages to still be so graceful, smart, and kindhearted with the difficulties he faced growing up. One painful relationship is the relationship he has with his mother (Lori Major). He has tried time and time again to reconcile with her but she's too caught in her own confusion and mental illness. She can't see them fixing their relationship now. I really don't understand why she gave up on him at such a early age, I believe truly that's his biggest downfall-- trying to mend and fix a relationship with a person who just isn't mentally healthy. I feel that's why he goes off base in trying to find that love he was missing. I believe that Diovanni needs some counseling and to have a healing process to get over the damage caused by this relationship.

Diovanni has also dealt with a lot of death, mainly the murder of his best friend Kenny. The death of Kenny really changed Diovanni for the better. He also got shot 3 times in 2015 and still managed to work and take the higher road for his family.

I'm not saying Diovanni is perfect. What I am saying is he has had a very rough upbringing and despite all he's been through he still wants to do better. He takes responsibility for his bad decisions and flaws and just wants to be a better person overall in all areas. He's very positive every day that we speak. He is still very active in little Diovanni's schoolwork. The whole time COVID-19 has been

EXHIBIT 2

here he uses he rec time to call little Diovanni and help him with his homework. He still tries to be active. Although he is in jail, that is never an excuse for him.

I'm asking for understanding and to give Diovanni less time, not for myself or Diovanni but for my two young sons who need their father in a time and day that we live in when black men more than ever need to guide their kids and show them the higher road. It can't just be me, it has to be us both. More than anything they need him to love protect and honor them, to let them know about the bad mistakes he made so they never have to follow in those footsteps. I just don't want my kids to be stripped of their father. It hurts me to know little Diovanni cries at night as a result of his dad not being home. I've had to put little Diovanni in counseling at school with his father being absent. It's had an effect on him with school. I also want Dior to have just as tight of a bond as little Diovanni has with his dad. Thank you for listening.

Respectfully,

*Shaatrona Sims*   7/18/20

Shaatrona Sims