## SENTENCES IMPOSED IN ROBBERY CASES IN THE DISTRICT OF MASSACHUSETTS, JAN. 2010 - JUNE 2019

| Defendant Name, Case Number, Sentencing Date | Description of Offense(s) | Statute(s) | Guideline Range (months) | Sentence (months) | Judge |
|---|---|---|---|---|---|
| Walsh, 1:09-cr-10138, 1/22/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 70 | Stearns |
| Miller, 1:09-cr-10150, 1/29/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 72 | Wolf |
| Caldwell, 1:09-cr-10020, 2/3/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 57-71 | 48 | Young |
| Ducran, 3:09-cr-30002, 2/23/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 97-121 | 90 | Ponsor |
| Centola, 1:09-cr-10138, 7/27/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 77-96 | 84 | Stearns |
| Peters, 1:09-cr-10324, 9/9/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 92-115 | 108 | O'Toole |
| Donnelly, 1:09-cr-10225, 9/15/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 120 | Stearns |
| LaFata, 1:09-cr-10205, 9/28/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 120 | O'Toole |
| Coty, 1:09-cr-10210, 10/26/2010 | Bank Robbery | 18 U.S.C. § 2113(a) | 57-71 | 60 | Woodlock |

EXHIBIT 9

| | | | | | |
|---|---|---|---|---|---|
| Febanio, 1:09-cr-10324, 12/21/2020 | Bank Robbery | 18 U.S.C. § 2113(a) | 110-137 | 110 | O'Toole |
| Michaud, 1:10-cr-10067, 1/31/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 188-235 | 188 | Young |
| Buchanan, 1:10-cr-10013, 2/14/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 84-105 | 60 | Young |
| Long, 1:09-cr-10210, 2/28/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 188-235 | 240 | Woodlock |
| Taylor, 1:10-cr-10086, 5/10/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 120 | O'Toole |
| Barton, 1:10-cr-10088, 5/16/2011 | Bank Robbery; Use of a Firearm During Crime of Violence | 18 U.S.C. § 2113(a); 18 U.S.C. § 924(c) | 188-235 + 84 (mandatory) = 272-319 | 272 | Woodlock |
| Watkins, 1:10-cr-10233, 5/24/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 33-41 | 6 | Gertner |
| Paris, 1:09-cr-10058, 5/26/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 77-96 | 70 | Gertner |
| LaPerle, 1:09-cr-10332, 6/23/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 127 | Stearns |
| Bartone, 1:10-cr-10177, 7/12/2011 | Hobbs Act Robbery | 18 U.S.C. § 1951 | 57-71 | 57 | Gorton |
| Cataldo, 1:10-cr-10177, 7/12/2011 | Hobbs Act Robbery | 18 U.S.C. § 1951 | 92-115 | 95 | Gorton |

| Matz, 1:10-cr-10220, 8/30/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 84 | Tauro |
|---|---|---|---|---|---|
| Milekis, 1:10-cr-10308, 8/31/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 110-137 | 110 | Saris |
| Raposo, 1:10-cr-10177, 9/20/2011 | Hobbs Act Robbery | 18 U.S.C. § 1951 | 41-51 | 30 | Gorton |
| Fitzpatrick, 1:11-cr-10018, 9/31/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 84 | Zobel |
| Rigano, 1:09-cr-10273, 10/27/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 188-235 | 180 | Young |
| Buchanan, 1:10-cr-10013, 11/14/2011 | Bank Robbery | 18 U.S.C. § 2113(a) | 84-105 | 48 | Tauro |
| Kelley, 1:11-cr-10414, 1/15/2013 | Bank Robbery | 18 U.S.C. § 2113(a) | 77-96 | 55 | Wolf |
| Denizard, 1:10-cr-10390, 2/19/2013 | Bank Robbery | 18 U.S.C. § 2113(a) | 46-57 | Time Served (below guideline range) | O'Toole |
| Arthur, 1:12-cr-10025, 6/28/2013 | Hobbs Act Robbery; Felon in Possession; Use of a Firearm During Crime of Violence | 18 U.S.C. § 1951; 18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(c)(1)(A) | 178-243 + 84 (mandatory) = 262-327 | 228 | Casper |
| Moller, 1:11-cr-10326, 8/9/2013 | Bank Robbery | 18 U.S.C. § 2113(a)&(d) | 100-125 | 108 | Gorton |

3

| | | | | | |
|---|---|---|---|---|---|
| Ferguson, 1:12-cr-10241, 9/9/2013 | Bank Robbery | 18 U.S.C. § 2113(a)&(d) | 188-235 | 152 | Saylor |
| Pina, 1:13-cr-10129, 4/29/2014 | Bank Robbery | 18 U.S.C. § 2113(a)&(d) | 188-235 | 151 | Gorton |
| Briand, 1:12-cr-10333, 5/29/2014 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 120 | Young |
| Brown, 1:12-cr-10025, 12/17/2013 | Hobbs Act Robbery; Felon in Possession; Use of a Firearm During Crime of Violence | 18 U.S.C. § 1951; 18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(c)(1)(A) | 188-235 + 84 (mandatory) = 272-319 | 272 | Casper |
| Laperle, 1:09-cr-10332, 7/2/2014 | Bank Robbery | 18 U.S.C. § 2113(a) | 63-88 | Time Served (below guideline range) | Stearns |
| Lepage, 1:11-cr-10152, 8/22/2014 | Bank Robbery; Use of a Firearm During Crime of Violence | 18 U.S.C. § 2113(a)&(d); 18 U.S.C. § 924(c)(1)(A) | 188-235 + 84 (mandatory) = 272-319 | 192 | Stearns |
| Hamilton, 1:11-cr-10133, 10/8/2014 | Bank Robbery; Felon in Possession; Use of a Firearm During Crime of Violence | 18 U.S.C. § 2113(a)&(d); 18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(c)(1)(A) | 188-235 + 120 (mandatory) = 308-355 | 168 | Zobel |
| Rodriguez, 1:13-cr-10242, 10/21/2014 | Conspiracy to Commit Hobbs Act Robbery; Use of a Firearm During Crime of Violence | 18 U.S.C. § 1951; 18 U.S.C. § 924(c) | 46-57 + 60 (mandatory) = 106-117 | 69 | Stearns |

| | | | | | |
|---|---|---|---|---|---|
| Simmons, 1:13-cr-10242, 10/22/2014 | Conspiracy to Commit Hobbs Act Robbery; Use of a Firearm During Crime of Violence | 18 U.S.C. § 1951; 18 U.S.C. § 924(c) | 46-57 + 60 (mandatory) = 106-117 | 69 | Stearns |
| Tufts-Raymond, 4:14-cr-40023, 12/10/2014 | Hobbs Act Robbery; Bank Robbery; Use of a Firearm During Crime of Violence | 18 U.S.C. § 1951; 18 U.S.C. § 2113(a); 18 U.S.C. § 924(c) | 135-168 + 84 (mandatory) = 219-252 | 135 | Hillman |
| Cathcart, 1:14-cr-10157, 2/19/2015 | Bank Robbery | 18 U.S.C. § 2113(a) | 63-78 | 54 | Wolf |
| McPeck, 1:14-cr-10096, 2/25/2015 | Robbery Involved Controlled Substance | 18 U.S.C. § 2118(a)(1) | 57-71 | 48 | Saris |
| Wilcox, 1:14-cr-10212, 3/5/2015 | Bank Robbery | 18 U.S.C. § 2113(a) | 151-188 | 96 | Zobel |
| Miner-Gittens, 1:14-cr-10075, 5/21/2015 | Robbery of U.S. Postal Worker; Use of a Firearm During Crime of Violence | 18 U.S.C. § 2114(a); 18 U.S.C. § 924(c) | 57-71 + 60 (mandatory) = 117-131 | 120 | Casper |
| Stone, 1:14-cr-10228, 6/8/2015 | Bank Robbery | 18 U.S.C. § 2113 | 92-115 | 80 | Casper |
| Beamud, 1:13-cr-10330, 6/18/2015 | Bank Robbery | 18 U.S.C. § 2113(a) | 121-151 | 141 | Casper |
| Valcourt, 1:15-cr-10042, 6/25/2015 | Bank Robbery | 18 U.S.C. § 2113(a) | 46-57 | 37 | Gorton |

| Gubernat, 15-40006, 9/14/2015 | Bank Robbery; Hobbs Act Robbery | 18 U.S.C. § 2113; 18 U.S.C. § 1951 | 121-151 | 108 | Hillman |
|---|---|---|---|---|---|
| Coldwell, 15-10017, 11/19/2015 | Bank Robbery | 18 U.S.C. § 2113 | 63-78 | 36 | Saris |
| Englehart, 14-10186, 12/2/2015 | Bank Robbery | 18 U.S.C. § 2113 | 188-235 | 151 | Saylor |
| Plomaritis, 15-10129, 2/1/2016 | Bank Robbery | 18 U.S.C. § 2113 | 63-78 | 48 | Young |
| Patterson, 14-10352, 3/16/2016 | Bank Robbery | 18 U.S.C. § 2113 | 97-121 | 121 | Gorton |
| Coughlin, 15-30006, 5/18/2016 | Bank Robbery | 18 U.S.C. § 2113 | 57-71 | 48 | Mastroianni |
| Pantone, 16-10018, 8/1/2016 | Bank Robbery | 18 U.S.C. § 2113 | 84-105 | 78 | Talwani |
| Daley, 16-10011, 8/17/2016 | Bank Robbery | 18 U.S.C. § 2113 | 100-125 | 100 | Gorton |
| Judge, 15-10180, 1/18/2017 | Bank Robbery | 18 U.S.C. § 2113 | 70-87 | 57 | Stearns |
| Costello, 14-10230, 3/29/2017 | Bank Robbery | 18 U.S.C. § 2113 | 188-235 | 84 | Gorton |
| Denny, 15-10317, 7/10/2017 | Bank Robbery | 18 U.S.C. § 2113 | 57-71 | 51 | Casper |

| Nathan, 16-10289, 7/12/2017 | Bank Robbery | 18 U.S.C. § 2113 | 51-63 | 42 | Woodlock |
|---|---|---|---|---|---|
| Tucker, 16-10304, 7/18/2017 | Bank Robbery | 18 U.S.C. § 2113 | 77-96 | 54 | Sorokin |
| Rachal, 16-10043, 7/27/2017 | Bank Robbery | 18 U.S.C. § 2113 | 101-111 | 101 | Gorton |
| Mandracchia, 17-10078, 10/11/2017 | Bank Robbery | 18 U.S.C. § 2113 | 151-188 | 100 | Burroughs |
| Woodley, 16-10249, 11/6/2017 | Bank Robbery | 18 U.S.C. § 2113 | 100-125 | 100 | Sorokin |
| Learning, 16-10054, 2/5/2018 | Bank Robbery | 18 U.S.C. § 2113 | 63-78 | 30 | Talwani |
| Englen, 17-10012, 3/7/2018 | Bank Robbery | 18 U.S.C. § 2113 | 92-115 | 84 | Stearns |
| Williams, 17-10054, 3/27/2018 | Bank Robbery | 18 U.S.C. § 2113 | 100-125 | 60 | Wolf |
| Dirocco, 16-10303, 4/4/2018 | Bank Robbery | 18 U.S.C. § 2113 | 110-137 | 77 | Woodlock |
| Dinovo, 15-10326, 5/24/2018 | Bank Robbery | 18 U.S.C. § 2113 | 51-63 | 57 | Stearns |
| Nee, 17-10244, 6/28/2018 | Bank Robbery | 18 U.S.C. § 2113 | 92-115 | 92 | O'Toole |
| Chambers, 18-10061, 9/18/2018 | Bank Robbery | 18 U.S.C. § 2113 | 41-51 | 24 | O'Toole |

| Soule, 17-10308, 10/19/2018 | Bank Robbery | 18 U.S.C. § 2113 | 46-57 | 42 | Saylor |
| --- | --- | --- | --- | --- | --- |
| Carter, 17-10170, 11/13/2018 | Bank Robbery | 18 U.S.C. § 2113 | 151-188 | Probation | Zobel |
| Davidow, 18-10012, 1/30/2019 | Bank Robbery | 18 U.S.C. § 2113 | 84-105 | 84 | Saris |
| Campaniria, 18-10358, 4/8/2019 | Bank Robbery | 18 U.S.C. § 2113 | 57-71 | 70 | O'Toole |
| Taderera, 17-10158, 4/12/2019 | Bank Robbery | 18 U.S.C. § 2113 | 46-57 | 48 | Saylor |
| Brady, 18-10246, 6/10/2019 | Bank Robbery | 18 U.S.C. § 2113 | 70-87 | 60 | Woodlock |
| Nobles, 18-10089, 6/19/2019 | Bank Robbery | 18 U.S.C. § 2113 | 188-235 | 188 | Gorton |